IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
JUN 27 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| Plaintiff, ) | |
| v. ) | CASE NO. 5:24 MJ 08004 |
| ) | Title 21, United States Code, |
| LEROY BAKER, JR., ) | Sections 331(a) and 331(a)(1) |
| Defendant. ) | **MAG. JUDGE SHEPERD** |

COUNT 1
(Introduction of Food from Insanitary Conditions into Interstate Commerce,
21 U.S.C. §§ 331(a) and 331(a)(1))

The United States Attorney charges:

1. On or about December 15, 2017, and continuing up to and including March 30, 2020, at Sugarcreek Livestock Auction located within the Northern District of Ohio, Eastern Division, **LEROY BAKER, JR.** introduced live animals intended to be used for food into interstate commerce that were adulterated for having been held under insanitary conditions within the meaning of Title 21, United States Code, Section 342(a)(4), to wit: by 1) failing to maintain adequate records of animals treated at his establishment; and 2) failing to identify and provide adequate records of animals treated under agreements with third-party dealers, all in violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

REBECCA C. LUTZKO
United States Attorney

By: _____
David M. Toepfer, Chief
Akron & Youngstown Branch